IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ELKINO DENARDO DAWKINS,**

    **Plaintiff,**

v.                           **CASE NO. 4:12-cv-473-RS-CAS**

**FEDERAL BUREAU OF INVESTIGATON,**

    **Defendant.**
_____/

## ORDER

Before me is the Magistrate Judge's Amended Report and Recommendation (Doc. 7). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's complaint is **DISMISSED** for failure to state a claim upon which relief may be granted and because Plaintiff failed to provide a valid mailing address.

3. The clerk is directed to close the file.

**ORDERED** on November 8, 2012.

                                    /S/ Richard Smoak
                                    **RICHARD SMOAK**
                                    **UNITED STATES DISTRICT JUDGE**